UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07CRIM. 660**

-----------------------------------x
                                    :

UNITED STATES OF AMERICA            :

                - v. -              :        **WAIVER OF INDICTMENT**

ALLAN ALCANTARA,                    :        07 Cr. ___ (JGK)

                Defendant.          :

-----------------------------------x

        The above-named defendant, who is accused of violating

Title 21, United States Code, Sections 812, 841(a)(1),

841(b)(1)(A) & 846, ~~Title 18, United States Code, Section~~

~~1956(h), and Title 8, United States Code, Section 1325(c)~~, being

advised of the nature of the charge and of his rights, hereby

waives, in open Court, prosecution by indictment and consents

that the proceeding may be by Information instead of by

Indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 0 2007

_____
ALLAN ALCANTARA
Defendant

_____
Witness

_____
Barry Goldbeg, Esq.
Counsel for Defendant

Date:  New York, New York
       July 20, 2007

JUDGE KOELTL