```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :   INFORMATION
UNITED STATES OF AMERICA            :
                                    :
          - v. -                    :
                                    :   07 CRIM. 660
ALLAN ALCANTARA,                    :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -x
```

## COUNT ONE

The United States Attorney charges:

1. From in or about 2005 through on or about March 9, 2007, in the Southern District of New York and elsewhere, ALLAN ALCANTARA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ALLAN ALCANTARA, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 20 2007

JUDGE KOELTL

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following act, among others, was committed in the Southern District of New York and elsewhere:

    a. On or about March 9, 2007, ALLAN ALCANTARA, the defendant, went to the Bronx, New York, to receive heroin.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Information, ALLAN ALCANTARA, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, including but not limited to proceeds obtained as a result of the offense described in Count One of this Information.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**ALLAN ALCANTARA,**

Defendant.

---

**INFORMATION**

07 Cr. ____ (JGK)

(Title 21, United States Code, Section 846.)

---

                    MICHAEL J. GARCIA
                United States Attorney.

---

7/20/2007 Filed waiver of indictment and information. Deft pleads not guilty to information. Deft pres w/atty Brian Kaplan, AUSA Arlo Devlin Brown. Reporter Sam Mauro. Spanish interpreter Francisco Olivero. Pretrial conference. Adjourned to 9/21/2007 at 9:30AM. Time excluded from 7/20/2007 to 9/21/2007. Deft cont'd detained.

— Judge Koeltl