```
UNITED STATES DISTRICT COURT                07CRIM. 660
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                              WAIVER OF INDICTMENT
         - v. -                     :
                                              07 Cr. ___ (JGK)
ALLAN ALCANTARA,                    :

              Defendant.            :
------------------------------------x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A) & 846, ~~Title 18, United States Code, Section 1956(h), and Title 8, United States Code, Section 1325(c)~~, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
ALLAN ALCANTARA
Defendant

_____
Witness

_____
Barry Goldbeg, Esq.
Counsel for Defendant

Date:  New York, New York
       July 20, 2007

JUDGE KOELTL