UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

      -against-

ALLAN ALCANTARA,

                       Defendant.
-------------------------------------------------------------X

07 cr 660 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The parties are directed to appear for a conference on **Friday, November 2, 2007 at 2:30pm** before the Honorable John G. Koeltl.

    The Court prospectively excludes the time from today until **November 2, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                            JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 20, 2007