```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    WAIVER OF INDICTMENT
                                    :
        - v. -                      :    S1 07 Cr. 660(JGK)
                                    :
ALLAN ALCANTARA,                    :
                                    :
            Defendant.              :
------------------------------------x
```

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A) & 846 and Title 18, United States Code, Section 1956(h), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

*[Signature]*
ALLAN ALCANTARA
Defendant

_____
Witness

*[Signature]*
Barry Goldberg, Esq.
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DEC 0 6 2007

Date:  New York, New York
      December 6, 2007